# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:03CR336 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| KEVIN P. McCONNELL, | ) | |
| Defendant. | ) | |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

Defendant's Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255, ECF No. 91, is denied; and

DATED this 22nd day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge